

## United States District Court
## Eastern District Of Michigan
## Southern Division

The United States of America,

        Plaintiff,

v.

D-1  Darrick Dernard Bell,
     a/k/a "Tone," "Ghost,"
D-2  Janette Gaggo,
     a/k/a/ "Janette Tawfik,"
D-3  Shelvie Lewis Avery,
     a/k/a "Q,"
D-4  Terry Pruitt,
     a/k/a "T,"
D-5  Harold Lashawn Nero,
     a/k/a "Nephew,"
D-6  Michael Anthony Randol,
     a/k/a "Man,"

        Defendants,
_____/

Case: 2:17-cr-20183
Judge: Goldsmith, Mark A.
MJ: Whalen, R. Steven
Filed: 03-29-2017 At 04:11 PM
IND USA V SEALED MATTER (BG)

Violations:
18 U.S.C. § 1591(a)
18 U.S.C. § 1594(c)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 856(a)(1)
21 U.S.C. § 856(a)(2)
18 U.S.C. § 2

## Indictment

The Grand Jury Charges:

### General Allegations

At all times relevant to this Indictment:

1. A woman, Adult Victim One (AV-1), whose identity is known to the Grand Jury, was the victim of the crime alleged in Count One and Count Two. AV-1 was a resident of the Eastern District of Michigan and was over the age of eighteen.

2. A woman, Adult Victim Two (AV-2), whose identity is known to the Grand Jury, was the victim of the crime alleged in Count One and Count Three. AV-2 was a resident of the Eastern District of Michigan and was over the age of eighteen.

## Count One

*(18 U.S.C. § 1594(c)—Sex trafficking conspiracy)*

D-1  Darrick Dernard Bell
D-2  Janette Gaggo
D-3  Shelvie Lewis Avery
D-4  Terry Pruitt
D-5  Harold Lashawn Nero

From in or around September 2016, and continuing to the date of this indictment, in the Eastern District of Michigan, and elsewhere, Defendants Darrick Dernard Bell, Janette Gaggo, Shelvie Lewis Avery, Terry Pruitt, and Harold Lashawn Nero, and others both known and unknown to the Grand Jury, did combine, conspire, confederate, and agree with each other, in and affecting interstate and foreign commerce, to knowingly and intelligently recruit, entice, harbor, transport, provide, obtain, and maintain by any means, and benefit, financially and by receiving anything of value, from participation in a venture that recruited, enticed, harbored, transported, provided, obtained, and maintained, the following individuals, as well as others, Adult Victim One (AV-1), and Adult Victim Two (AV-2) (the "Victims"), knowing and in reckless disregard of the fact that force, threats of force, fraud, and coercion, as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause the Victims to engage in commercial sex acts; all in violation of Title 18, United States Code, Section 1591(a).

## **Count Two**

*(18 U.S.C. §§1591(a) and (b)—Sex trafficking by force, fraud, and coercion)*

D-1   Darrick Dernard Bell
D-2   Janette Gaggo
D-3   Shelvie Lewis Avery
D-5   Harold Lashawn Nero

From in or around September 2016, and continuing to the date of this indictment, in the Eastern District of Michigan, and elsewhere, Defendants Darrick Dernard Bell, Janette Gaggo, Shelvie Lewis Avery, and Harold Lashawn Nero, and others both known and unknown to the Grand Jury, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained in or affecting interstate or foreign commerce Adult Victim One (AV-1), and benefited financially and received anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained AV-1, knowing or in reckless disregard of the fact that force, threats of force, fraud, and coercion, or any combination of such means, would be used to cause AV-1 to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a) and (b).

## Count Three

*(18 U.S.C. § 1591(a) and (b)—Sex trafficking by force, fraud, and coercion)*

D-1   Darrick Dernard Bell
D-2   Janette Gaggo
D-3   Shelvie Lewis Avery
D-5   Harold Lashawn Nero

From in or around September 2016, and continuing to the date of this indictment, in the Eastern District of Michigan, and elsewhere, Defendants Darrick Dernard Bell, Janette Gaggo, Shelvie Lewis Avery, and Harold Lashawn Nero, and others both known and unknown to the Grand Jury, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained in or affecting interstate or foreign commerce Adult Victim Two (AV-2), and benefited financially and received anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained AV-2, knowing or in reckless disregard of the fact that force, threats of force, fraud, and coercion, or any combination of such means, would be used to cause AV-2 to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a) and (b).

## Count Four

*(21 U.S.C. § 846—Conspiracy to Distribute a Controlled Substance;*
*21 U.S.C. §§ 841(a)(1); 841(b)(1)(A); 841(b)(1)(C))*

D-1   Darrick Dernard Bell
D-2   Janette Gaggo
D-3   Shelvie Lewis Avery
D-4   Terry Pruitt
D-5   Harold Lashawn Nero
D-6   Michael Anthony Randol

From in or around September 2016, and continuing to the date of this indictment, in the Eastern District of Michigan, and elsewhere, Defendants Darrick Dernard Bell, Janette Gaggo, Shelvie Lewis Avery, Terry Pruitt, Harold Lashawn Nero, and Michael Anthony Randol, and others unknown to the Grand Jury, did knowingly, intentionally, and unlawfully attempt, combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to possess with intent to distribute and to distribute 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule I controlled substance, and 100 grams or more of heroin, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(A), 841(b)(1)(C), and 846.

### Manner and Means

1.   It was part of the conspiracy that Defendants Darrick Dernard Bell, Janette Gaggo, Shelvie Lewis Avery, Terry Pruitt, Harold Lashawn Nero, and Michael Anthony Randol, and others known and unknown to the Grand Jury,

established a drug trafficking organization that distributed quantities of cocaine base, and heroin. Defendants Darrick Dernard Bell and Janette Gaggo acted as leaders, managers, and supervisors of the organization. Defendants Shelvie Lewis Avery, Terry Pruitt, Harold Lashawn Nero, and Michael Anthony Randol, and others known and unknown to the Grand Jury, acted in various capacities, including distribution and protection of illegal narcotics.

2. It was part of the conspiracy that Defendants held meetings at the Victory Inn hotel (the "Victory Inn") located at 9430 Michigan Avenue, Detroit, Michigan and other nearby locations to coordinate their illegal narcotic and other activities at the Victory Inn. Defendants delivered cocaine, cocaine base, and heroin to the Victory Inn. Defendants managed and controlled, including as occupants, and rented, leased, and profited from, and made available for use, rooms at the Victory Inn to conduct their organized narcotic distribution activities. Defendants also processed cocaine into cocaine base in rooms at the Victory Inn. Defendants possessed with the intent to distribute and distributed high volumes of cocaine base and heroin to customers, and allowed customers to use those illegal narcotics within various rooms at the Victory Inn.

3. It was part of the conspiracy that Defendants distributed illegal narcotics to human trafficking victims at the Victory Inn to control and coerce those victims into committing commercial sex acts at the Victory Inn and other nearby locations.

4.  It was part of the conspiracy that Defendants used internal hotel video surveillance and human lookouts at the Victory Inn to monitor the organized narcotic distribution activities at the Victory Inn.

5.  It was part of the conspiracy that Defendants possessed, used, and carried firearms to further their illegal activities at the Victory Inn, including on January 12, 2017, when an unindicted co-conspirator possessed a loaded .38 revolver to protect illegal narcotics at the Victory Inn.

## Count Five

*(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii)—Possession with Intent to Distribute a Controlled Substance)*

D-6   Michael Anthony Randol

On or about January 12, 2017, in the Eastern District of Michigan, Defendant Michael Anthony Randol did knowingly and intentionally possess with the intent to distribute approximately 35 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## Count Six

*(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), Distribution of a Controlled Substance Resulting in Death or Serious Bodily Injury; 18 U.S.C. § 2—Aiding and Abetting;)*

D-1   Darrick Dernard Bell
D-4   Terry Pruitt

On or about November 3, 2016, in the Eastern District of Michigan, Defendants Darrick Dernard Bell, and Terry Pruitt, and others known and unknown to the Grand Jury, aided, abetted, counseled and induced by each other, knowingly distributed a measurable amount of heroin, a Schedule II controlled substance to S.P., whose serious bodily injury resulted from the use of such substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Seven

*(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), Distribution of a Controlled Substance Resulting in Serious Bodily Injury or Death; 18 U.S.C. § 2—Aiding and Abetting)*

D-1   Darrick Dernard Bell
D-2   Janette Gaggo
D-4   Terry Pruitt

On or about December 26, 2016, in the Eastern District of Michigan, Defendants Darrick Dernard Bell, Janette Gaggo, and Terry Pruitt and others unknown to the Grand Jury, aided, abetted, counseled and induced by each other, knowingly distributed a measurable amount of heroin, a Schedule II controlled substance to A.D., whose serious bodily injury and death resulted from the use of such substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## Count Eight

*(21 U.S.C. § 856(a)(1)—Maintaining Drug-Involved Premises;
18 U.S.C. § 2—Aiding and Abetting)*

D-1   Darrick Dernard Bell
D-3   Shelvie Lewis Avery
D-4   Terry Pruitt
D-5   Harold Lashawn Nero
D-6   Michael Anthony Randol

From in or around September 2016, and continuing to January 12, 2017, in the Eastern District of Michigan, Defendants Darrick Dernard Bell, Shelvie Lewis Avery, Terry Pruitt, Harold Lashawn Nero, and Michael Anthony Randol did unlawfully and knowingly lease, rent, use, and maintain a place located at the Victory Inn hotel located at 9430 Michigan Avenue, Detroit, Michigan, for the purpose of manufacturing, distributing, and using Schedule I controlled substances and Schedule II controlled substances, in violation of Title 21, United States Code, Section 856(a) and Title 18, United States Code, Section 2.

## Count Nine

*(21 U.S.C. § 856(a)(2)—Maintaining Drug-Involved Premises;  
18 U.S.C. § 2—Aiding and Abetting)*

D-2    Janette Gaggo

From in or around September 2016, and continuing to January 12, 2017, in the Eastern District of Michigan, Defendant Janette Gaggo did unlawfully and knowingly manage and control as an agent and employee, and did knowingly and intentionally rent, lease, profit from, and make available for use, a place known as the Victory Inn hotel located at 9430 Michigan Avenue, Detroit, Michigan, for the purpose of unlawfully manufacturing, storing, distributing, and using Schedule I controlled substances and Schedule II controlled substances, in violation of Title 21, United States Code, Section 856(a) and Title 18, United States Code, Section 2.

## Forfeiture Allegations

*(18 U.S.C. § 981 and 28 U.S.C. § 2461)*

1. The allegations above, contained in this Superseding Indictment, are incorporated by reference as if set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461.

2. As a result of violating Title 18, United States Code, Sections 2, 1591(a), and 1594(c), and Title 21, United States Code, Sections 841(a)(1), 846, 856(a)(1), and 856(a)(2), as set forth in this Indictment, Defendants shall forfeit to the United States any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461.

3. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendants:

   (a) Cannot be located upon the exercise of due diligence;

   (b) Has been transferred or sold to, or deposited with, a third party;

   (c) Has been placed beyond the jurisdiction of the Court;

   (d) Has been substantially diminished in value; or

   (e) Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of Defendants up to the value of the forfeitable property described above.

4. Money Judgment: Upon conviction of the violation alleged in this Indictment, the United States will seek a forfeiture money judgment against Defendants in an amount equal to the total amount of proceeds obtained as a result

of Defendants' violations of Title 18, United States Code, Sections 2, 1591(a), and 1594(c), and Title 21, United States Code, Sections 841(a)(1), 846, 856(a)(1), and 856(a)(2), as alleged in this Indictment.

**This Is A True Bill.**

*s/Grand Jury Foreperson*
Grand Jury Foreperson

Daniel L. Lemisch
Acting United States Attorney

*s/Christopher Graveline*
Christopher Graveline
Chief, Violent and Organized Crime Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226

*s/Sara D. Woodward*
Sara D. Woodward
Deputy Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226

*s/Jerome F. Gorgon Jr.*
Jerome F. Gorgon Jr.
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226

*s/Andrew J. Yahkind*
Andrew J. Yahkind
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226

*s/Amanda Jawad*
Amanda Jawad
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226

Dated: March 29, 2017

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case:2:17-cr-20183<br>Judge: Goldsmith, Mark A.<br>MJ: Whalen, R. Steven<br>Filed: 03-29-2017 At 04:11 PM<br>IND USA V SEALED MATTER (BG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☐ No | AUSA's Initials: _(signature)_ |

**Case Title:** USA v. Darrick Denard Bell, et al.

**County where offense occurred:** Wayne County

**Check One:** ☒ Felony  ☐ Misdemeanor  ☐ Petty

____Indictment/____Information --- no prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: SEE BELOW ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| D-1 Darrick Derbard Bell | | 17-mj-30132 |
| D-3 Shelvie Avery | | 17-mj-30116 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 29, 2017
Date

Jerome F. Gorgon, Jr.
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9676
Fax: 313-226-3265
E-Mail address: Jerome.Gorgon@usdoj.gov
Attorney Bar #: P66915

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.