UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,             CASE NUMBER 17-20183

  -v-                            HON. MARK A. GOLDMSITH

D-1 DARRICK DERNARD BELL,
D-5 HAROLD LASHAWN NERO,
D-7 CHARLES THOMAS FORD, JR.

      Defendants.
_____/

## INDEX OF EXHIBITS FILED UNDER SEAL

1. Exhibit A – Camera One
2. Exhibit B – Camera Five
3. Exhibit C – Camera Six
4. Exhibit D – Camera Seven
5. Exhibit E – Camera Eight
6. Exhibit F – Camera Nine
7. Exhibit G – Camera Ten
8. Exhibit H – Pole Camera
9. Exhibit I – Transcripts from Camera One
10. Exhibit J – Assault Videos in Chronological Order
11. Exhibit K – Diagram of Victory Inn