# EXHIBIT A - Camera One

(Filed Under Seal)