# EXHIBIT K – Diagram of VictoryInn

(Filed Under Seal)