UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMREICA | CASE NO. 17-20183 |
| Plaintiff, | HON. MARK A. GOLDSMITH |
| -v- | |
| D-1  DARRICK DERNARD BELL,<br>a/k/a "Tone," "Ghost," | Violations:<br>18 U.S.C. § 1591(a)<br>18 U.S.C. § 1594(c)<br>21 U.S.C. § 841(a)(1) |
| Defendant. | 21 U.S.C. §§ 846; 856(a)(1)<br>18 U.S.C. § 2 |

**Defendant's Acknowledgment of Second Superseding Indictment**

I, Darrick Dernard Bell, defendant in this case, hereby acknowledge that I have received a copy of the Second Superseding Indictment before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

| | |
|---|---|
| **Count One:** | Sex trafficking conspiracy, any term of years up to life in prison, $250,000 fine, or both. |
| **Count Two:**<br>**Count Three**<br>**Count Four**<br>**Count Five** | Sex trafficking by force, fraud, or coercion, not less than 15 years and up to life in prison, $250,000 fine, or both. |
| **Count Six:** | Conspiracy to distribute a controlled substance, not less than 10 years and up to life in prison, $250,000, or both. |

| **Count Seven:** | Maintaining a drug involved premises, not more than 20 years in prison, a $500,000 fine, or both. |
|---|---|
| **Count Eight:** | Possession with intent to distribute a controlled substance, not more than 30 years in prison, a $10,000,000 fine, or both. |

_____
Darrick Dernard Bell
Defendant

### Acknowledgment of Defense Counsel

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
James Amberg
Attorney for Defendant

Dated: November 3, 2021