UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                          Case No. 2:17−cr−20183−MAG−RSW
                                          Hon. Mark A. Goldsmith

Darrick Dernard Bell, et al.,

                    Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for: Darrick Dernard Bell

- STATUS CONFERENCE: March 24, 2022 at 04:00 PM

The conference shall be initiated by counsel using the provided dial−in information.

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:** The parties shall call into (877) 336−1274 and use access code: 9602327.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/K Sandusky
                                                          Case Manager

Dated: March 18, 2022