**United States District Court**
**Eastern District of Michigan**
**Southern Division**

| | |
|---|---|
| United States of America, | Criminal No. 17-20183 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v. | |
| D-1   Darrick Bell, | |
| D-5   Harold Lashawn Nero, | |
| Defendants. | |

_____/

**Government's Memorandum in Response to Court's March 16, 2022 Order**

The government submits this memorandum in response to the Court's March 16, 2022 Order. First, the government concurs with defense counsels' position and cited authority on the masking policy in two ways: (1) witnesses should not have a mask on while testifying and (2) attorneys should not be required to wear a mask when addressing a witness or juror. (*See* ECF No. 763). The government leaves it to the Court's discretion as to the masking of potential jurors in the venire.

Second, as indicated in the government's March 21, 2022 email correspondence, the parties have agreed on: (1) the number of peremptory challenges (14 combined for defense counsel, and 10 for the government, to be used across all potential jurors), (2) the number of alternate jurors (six), and (3) that those alternate jurors should be designated by lots after closing arguments and before deliberations.

Last, the government does not oppose the Court's stated procedure for permitting jurors to ask witnesses questions.

                        Respectfully submitted,

                        DAWN N. ISON
                        United States Attorney

                        */s/ Jerome Gorgon*
                        JEROME GORGON
                        Assistant United States Attorney
                        211 West Fort Street, Suite 2001
                        Detroit, Michigan 48226
                        (313) 226-9676
                        Jerome.gorgon@usdoj.gov

Date: March 22, 2022

## Certificate of Service

I hereby certify that on March 22, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send an electronic copy to counsel of record: James Amberg and Mark Magidson.

>*/s Jerome F. Gorgon Jr.*
> JEROME F. GORGON JR.
> Assistant United States Attorney
> 211 West Fort Street, Suite 2001
> Detroit, Michigan  48226-3211
> (313) 226-9676
> jerome.gorgon@usdoj.gov

1