UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-1 DARRICK DERNARD BELL,
D-5 HAROLD LASHAWN NERO,

    Defendants.

    Criminal Action No.
    17-20183

    HON. MARK A. GOLDSMITH

_____/

## ORDER REGARDING IMPROPER EMAIL COMMUNICATION

The Court's law clerk recently emailed counsel to solicit their positions on whether an opinion should be filed under seal. Counsel for Defendant Harold Lashawn Nero, Mark Magidson, sent a response email in which—in addition to stating his position on the sealing issue—he asked the Court to read a certain jury instruction when evidence is admitted at trial.

The Court has previously warned counsel that an email to the Court's staff "is not a proper vehicle to brief legal positions and arguments." 4/1/22 Order at 1 (Dkt. 782). "Such briefs should be filed on the record." Id. A request for court action must be initiated by way of motion or a request for a status conference. An attorney's response to an inquiry by the Court's clerk must confine itself to the request.

    SO ORDERED.

Dated: April 11, 2022
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge