UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,    CRIMINAL NO. 17-20183

    PLAINTIFF,    HON. MARK A. GOLDSMITH

v.

D-1   DARRICK DERNARD BELL,
D-5   HAROLD LASHAWN NERO,

    DEFENDANTS.
_____/

## VERDICT FORM

We, the jury, unanimously find as to defendant DARRICK DERNARD BELL:

<u>Count One</u>: Sex trafficking conspiracy, in violation of 18 U.S.C. § 1594(c), and § 2, as to AV-1 [redacted], AV-2 [redacted], AV-4 [redacted], AV-5 [redacted], and/or other [redacted]

    Not Guilty _____      Guilty _____

<u>Count Two</u>: Sex trafficking by force, threats of force, and coercion, in violation of 18 U.S.C. § 1591(a) and (b), and § 2 (Adult Victim 1 [redacted])

1

Not Guilty __X__   Guilty _____

Count Three: Sex trafficking by force, threats of force, and coercion, in violation of 18 U.S.C. § 1591(a) and (b), and § 2 (Adult Victim 2 ▮▮▮▮▮)

Not Guilty _____   Guilty _____

Count Four: Sex trafficking by force, threats of force, and coercion, in violation of 18 U.S.C. § 1591(a) and (b), and § 2 (Adult Victim 4 ▮▮▮▮▮)

Not Guilty _____   Guilty _____

Count Five: Sex trafficking by force, threats of force, and coercion, in violation of 18 U.S.C. § 1591(a) and (b), and § 2 (Adult Victim 5 ▮▮▮▮▮)

Not Guilty _____   Guilty _____

Count Six: Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 18 U.S.C. § 2

Question 1. With respect to the charge in Count Six of the Second Superseding Indictment for Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, cocaine base, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A), we unanimously find the defendant, Darrick Demard Bell:

2

Not Guilty _____  Guilty \_\_X_____

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a).

Question 1(a). With respect Count Six, the amount of amount of cocaine base involved in the conspiracy as a whole was (indicate answer by checking one line below):

\_X\_ 280 grams or more

\_\_\_\_ 28 grams or more but less than 280 grams

\_\_\_\_ less than 28 grams

Question 2. With respect to the charge in Count Six of the Second Superseding Indictment for Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B), we unanimously find the defendant, Darrick Dernard Bell:

Not Guilty _____  Guilty \_\_X_____

If you answered guilty in response to Question 2, proceed to Question 2(a).

If you answered not guilty in response to Question 2, skip Question 2(a).

3

Question 2(a). With respect Count Six, the amount of amount of heroin involved in the conspiracy as a whole was (indicate answer by checking one line below):

__X__ 100 grams or more

_____ less than 100 grams

**Count Seven**: Maintaining Drug-Involved Premises, in violation of 21 U.S.C. § 856(a)(1), and 18 U.S.C. § 2

      Not Guilty _____      Guilty __X__

**Count Eight**: Possession with Intent to Distribute a Controlled Substance, a measurable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

      Not Guilty _____      Guilty __X__

We, the jury, unanimously find as to defendant HAROLD LASHAWN NERO:

Count One: Sex trafficking conspiracy, in violation of 18 U.S.C. § 1594(c), and § 2, as to AV-1 ███████, AV-2 ███████, AV-4 ███████, AV-5 ███████, and/or others ███████

Not Guilty _____     Guilty _____

Count Two: Sex trafficking by force, threats of force, and coercion, in violation of 18 U.S.C. § 1591(a) and (b), and § 2 (Adult Victim 1 ███████)

Not Guilty __X__     Guilty _____

Count Three: Sex trafficking by force, threats of force, and coercion, in violation of 18 U.S.C. § 1591(a) and (b), and § 2 (Adult Victim 2 ███████)

Not Guilty _____     Guilty _____

Count Four: Sex trafficking by force, threats of force, and coercion, in violation of 18 U.S.C. § 1591(a) and (b), and § 2 (Adult Victim 4 ███████)

Not Guilty __X__     Guilty _____

Count Five: Sex trafficking by force, threats of force, and coercion, in violation of 18 U.S.C. § 1591(a) and (b), and § 2 (Adult Victim 5 ███████)

5

Not Guilty _____      Guilty _____

<u>Count Six</u>: Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 18 U.S.C. § 2

Question 1. With respect to the charge in Count Six of the Second Superseding Indictment for Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, cocaine base, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A), we unanimously find the defendant, Harold Lashawn Nero:

Not Guilty _____      Guilty _____

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a).

Question 1(a). With respect Count Six, the amount of amount of cocaine base involved in the conspiracy as a whole was (indicate answer by checking one line below):

_____ 280 grams or more

_____ 28 grams or more but less than 280 grams

_____ less than 28 grams

Question 2. With respect to the charge in Count Six of the Second Superseding Indictment for Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B), we unanimously find the defendant, Harold Lashawn Nero:

6

Not Guilty _____  Guilty _____

If you answered guilty in response to Question 2, proceed to Question 2(a).

If you answered not guilty in response to Question 2, skip Question 2(a).

Question 2(a). With respect Count Six, the amount of amount of heroin involved in the conspiracy as a whole was (indicate answer by checking one line below):

_____ 100 grams or more

_____ less than 100 grams

Count Seven: Maintaining Drug-Involved Premises, in violation of 21 U.S.C. § 856(a)(1), and 18 U.S.C. § 2

Not Guilty _____  Guilty _____

s/ Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verict form with the original signature has been filed under seal

6-2-22
Date