UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,　　　　　　　　　　Case No. 17-20183

-v-　　　　　　　　　　　　　　　　Hon. Mark A. Goldsmith

D-1 Darrick Bell,

      Defendant.
_____/

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | August 10, 2023 Email from M.R. |
| 2 | Declaration of Kevin Bessant |
| 3 | Declaration of Bertram L. Johnson |